# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 12CV2064

Date Filed: 3/21/2012

Plaintiff:
**STEVEN MERCIER**

vs.

Defendant:
**VERIZON COMMUNICATIONS INC.**

For:
Marjorie Mesidor, Esq
Phillips & Phillips, PLLC
30 Broad Street, 35th Floor
New York, NY 10004

Received by PHILLIPS & PHILLIPS on the 11th day of May, 2012 at 2:00 pm to be served on **MICHELLE MCKITRICK, C/O VERIZON WIRELESS, 915 BROADWAY 8TH FLOOR, NEW YORK, NEW YORK County, NY 10010.**

I, Wladimir Chassedin, being duly sworn, depose and say that on the **17th day of May, 2012 at 11:55 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT** with **KHURRAM SYED, ASSOCIATE DIRECTOR**, at **C/O VERIZON WIRELESS, 915 BROADWAY 8TH FLOOR, NEW YORK, NEW YORK County, NY 10010**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT** in a postpaid envelope addressed to: **C/O VERIZON WIRELESS, 915 BROADWAY 8TH FLOOR, NEW YORK, NEW YORK County, NY 10010** and bearing the words "Personal & Confidential" by First Class Mail on **5/18/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America, the State of New York, any other State in the U.S., or any other nation.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 18th day of May, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Notary Public - State of New York
NO. 01ST6149851
Qualified in Kings County
My Commission Expires

_____ 5/18/12
Wladimir Chassedin
1358745

PHILLIPS & PHILLIPS
30 Broad Street
35th Floor
New York, NY 10004
(212) 248-7431
Our Job Serial Number: BNP-2012001166

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

