| | |
|---|---|
| COUNTY OF | INDEX NO: 12 CIV 2064 |
| UNITED STATES DISTRICT COURT | FILED ON:<br>DISTRICT: Southern/New York |

*Steven Mercier*

vs                                                                 Plaintiff(s)

*Cellco Partnership d/b/a Verizon Wireless et al*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:     **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 21, 2012_____, at __11:00am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons and Complaint in a Civil Action, _____, on

_____Cellco Telephone Company, LLC h/s/a Cellco Partnership_____,

Defendant in this action, by delivering to and leaving with ___Chad Matice___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __303 Limited Liability Company Law__.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by     ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age: __27 years__    Approx. weight: __190__    Approx. Ht.: __6'2'__
Sex: __Male__    Color of skin: __White__    Color of hair: __Brown__    Other: Glasses

Sworn to before me on _____May 22, 2012_____

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2014

*[signature]*
Stephen L. Collen

Invoice·Work Order # 1203357