```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/12
```

Hellerstein, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MERCIER,

            Plaintiff,

-against-

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and MARK LAVORGNA, *Individually*, and MICHELE MCKITRICK, *Individually*,

            Defendants.

ECF CASE

12 Civ. 2064 (AKH)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff Steven Mercier and Defendants Cellco Partnership d/b/a Verizon Wireless, Mark Lavorgna and Michele McKitrick (collectively, "Defendants"), that the undersigned attorneys for Defendants shall accept service of the Complaint on behalf of all Defendants and that the date on which Defendants must appear, answer, move or otherwise respond to Plaintiff's Complaint shall be set for June 29, 2012.

PHILLIPS & PHILLIPS

By: _____
Marjorie Mesidor

30 Broad Street, 35th Floor
New York, NY 10004
(212) 248-7431

*Attorneys for Plaintiff*

Dated: 6/5/12

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
Harlan J. Silverstein

950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010

*Attorneys for Defendants*

Dated: 6/11/12

SO ORDERED:

_____, U.S.D.J.
6-15-12

4813-9864-0143.1