UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MERCIER,

                          Plaintiff,

                -against-

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS, and MARK LAVORGNA,
*Individually*, and MICHELE MCKITRICK,
*Individually*,

                          Defendants.

12 Civ. 2064 (AKH)

ECF Case

**NOTICE OF APPEARANCE**

Erica E. Frank, of the firm Kauff McGuire & Margolis LLP, hereby appears on behalf of Defendants Cellco Partnership d/b/a Verizon Wireless, Michele McKitrick and Mark Lavorgna in the above-referenced matter.

Dated:  New York, New York
        June 29, 2012

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

By: s/ Erica E. Frank
       Erica E. Frank

950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010
frank@kmm.com

*Attorneys for Defendants*

4831-1029-7616.1