UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MERCIER,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and MARK LAVORGNA, *Individually*, and MICHELE MCKITRICK, *Individually*,<br><br>　　　　　　　Defendants. | 12 Civ. 2064 (AKH)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

　　　　Harlan J. Silverstein, of the firm Kauff McGuire & Margolis LLP, hereby appears on behalf of Defendants Cellco Partnership d/b/a Verizon Wireless, Michele McKitrick and Mark Lavorgna in the above-referenced matter.

Dated: New York, New York
　　　　　June 29, 2012

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

By: s/ Harlan J. Silverstein
　　　Harlan J. Silverstein

950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010
silverstein@kmm.com

*Attorneys for Defendants*

4851-9080-3472.1