UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MERCIER,

                Plaintiff,

-against-

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and MARK LAVORGNA, *Individually*, and MICHELE MCKITRICK, *Individually*,

                Defendants.

ECF CASE

12 Civ. 2064 (AKH)

**RULE 7.1 DISCLOSURE FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

    Defendant Cellco Partnership d/b/a Verizon Wireless, by its attorneys, Kauff McGuire & Margolis LLP, certifies that Cellco Partnership d/b/a Verizon Wireless is a general partnership with Verizon Communications Inc. and Vodafone Group PLC indirectly holding fifty-five percent (55%) and forty-five percent (45%) interests, respectively. Both Verizon Communications Inc. and Vodafone Group PLC are publicly traded corporations.

Dated: New York, New York
         June 29, 2012

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
    Harlan J. Silverstein (HJS-4114)
    Erica E. Frank (EF-1007)

950 Third Avenue, 14th Floor
New York, NY 10022
(212) 644-1010

*Attorneys for Defendants*

4829-9212-4175.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the Rule 7.1 Statement of Defendant Cellco Partnership d/b/a Verizon Wireless to be served upon:

Marjorie Mesidor
Phillips & Phillips Attorneys at Law, PLLC
30 Broad Street, 35th Floor
New York, NY 10004

via electronic filing on June 29, 2012.


Dated:  New York, New York
        June 29, 2012

*(signature)*
Erica E. Frank

4829-9212-4175.1