UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: **12 Civ. 2064 (AKH)**
STEVEN MERCIER,

                          Plaintiff,

                                                                                     **NOTICE OF APPEARANCE**

       - against -

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
and MARK LAVORGNA, *Individually,* and
MICHELE MCKITRICK, *Individually,*

                        Defendants.
------------------------------------------------------------------------X
**NOTICE OF APPEARANCE**

To the clerk of this court and all parties of record: Please enter my appearance as counsel for plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:  New York, New York
         July 14, 2012

                                                          /s/
                                                Jessenia Maldonado (JM7811)
                                                Phillips & Phillips
                                                *Attorneys for Plaintiff*
                                                30 Broad Street, 35th Floor
                                                New York, NY 10004
                                                Tel: (212) 248-7431
                                                Fax: (212)587-4169
                                                jmaldonado@tpglaws.com