UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X  Case No.: **12-CV-02064 (AKH)**

STEVEN MERCIER,

                Plaintiff,                       **DECLARATION OF COUNSEL IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS**

      - against -

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,
and MARK LAVORGNA, *Individually,* and
MICHELE MCKITRICK, *Individually,*

                Defendants.
---------------------------------------------------------------------X

      **JESSENIA MALDONADO, ESQ.**, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am an attorney duly admitted to practice in the Courts of the State of New York, and in the United States District Court for the Eastern and Southern Districts of New York.

2. I am an Associate with the firm, PHILLIPS & PHILLIPS, PLLC., which represents Plaintiff STEVEN MERCIER in the above-captioned action. As such, I am fully familiar with the facts and circumstances of this action, the basis of my knowledge being the files maintained by my office.

3. I submit this Declaration in Opposition of Defendants' Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 14, 2012

                                                          **PHILIIPS & PHILLIPS, PLLC**

                                                    By: /s/ J. Maldonado
                                                          Jessenia Maldonado, Esq. (JM7811)
                                                          *Attorneys for Plaintiff*
                                                          30 Broad Street, 35th Floor
                                                          New York, N.Y. 10004
                                                          (212) 248-7431
                                                          jmaldonado@tpglaws.com

To:    Harlan J. Silverstein, Esq.
        Kauff McGuire & Margolis LLP
        *Attorney for Plaintiff*
        950 3rd Avenue, 14th Floor
        New York, NY 10022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEVEN MERCIER,

                      Plaintiff,

  - against -

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,
and MARK LAVORGNA, *Individually,* and
MICHELE MCKITRICK, *Individually,*

                     Defendants.
-------------------------------------------------------------------------X

---

### DECLARATION OF COUNSEL IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS

---

## PHILLIPS & PHILLIPS
**Attorneys at Law PLLC**
**Attorneys for Plaintiffs**
30 Broad Street, 35th Floor
New York, NY 10004
(212) 248-7431