ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/12

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy          Date: 10/3/12
by Order of Judge Alvin K. Hellerstein

Re: Steven Mercier v. Cellco Partnership - 12 Civ. 2064 (AKH)

You are hereby notified that you are required to appear for an oral argument.

Date: 10/11/12
Time: 2:30 p.m.

Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
10-3-12