UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

STEVEN MERCIER,

                          Plaintiff,

      - against -

CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,
and MARK LAVORGNA, *Individually,* and
MICHELE MCKITRICK, *Individually,*

                          Defendants.

------------------------------------------------------------------------------X

12-CV-02064 (AKH)

**Notice of Withdrawal of Attorney**

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Jessenia Maldonado has withdrawn from PHILLIPS & PHILLIPS, PLLC, effective October 2, 2012 and, therefore, Jessenia Maldonado is no longer counsel for Plaintiff(s); all other counsel designations are unchanged.

Dated: New York, New York
       October 5, 2012

                                                 PHILLIPS & PHILLIPS, PLLC

                                                 _____/s/_____
                                                 Marjorie Mesidor, Esq. (MM1978)
                                                 Attorneys for Plaintiff
                                                 30 Broad Street, 35th Floor
                                                 New York, N.Y. 10004
                                                 (212) 248-7431
                                                 MMesidor@tpglaws.com